STOCKTON SCHOOL DISTRICT v. GOODELL.

Sac. No. 662; April 5, 1899.

56 Pac. 885.

**Appeal.—An Appeal Bond must Conform to the Notice of appeal.**[1]

APPEAL from Superior Court, San Joaquin County.

Action by the Stockton School District against one Goodell. From the judgment an appeal was taken. Dismissed.

J. G. Swinnerton and Ed. R. Thompson for plaintiff; O. B. Parkinson, Carpenter & Slack and A. H. Carpenter for defendant.

PER CURIAM.—The undertaking on appeal in this case does not conform to the notice of appeal. The appeal is from the whole judgment for plaintiff in a mandamus proceeding. The undertaking recited an appeal from a judgment for $10 costs. Appeal dismissed.